ESTADO LIBRE ASOCIADO DE PUERTO RICO
EN EL TRIBUNAL DE APELACIONES
PANEL III

| | | |
|---|---|---|
| EDET PASTOR JIMÉNEZ<br><br>Recurrente<br><br>v.<br><br>DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN<br><br>Recurrido | **KLRA202400304** | Revisión Judicial Procedente del Departamento de Corrección y Rehabilitación<br><br>Caso Núm.: 1-63517<br><br>Sobre: Evaluación Programa de Pre-Reinserción |

Panel integrado por su presidente, el Juez Figueroa Cabán, el Juez Bonilla Ortiz, la Jueza Mateu Meléndez y la Jueza Prats Palerm.

Bonilla Ortiz, Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 27 de junio de 2024.

Comparece ante este foro, nuevamente el Sr. Edet Pastor Jiménez (señor Pastor o "el recurrente"), por derecho propio y en forma *pauperis*, y nos solicita que revisemos la *Evaluación Programa de Pre-Reinserción* emitida por el Departamento de Corrección y Rehabilitación (Departamento o "parte recurrida"), el 24 de enero de 2024. Mediante esta, el Departamento determinó que el señor Pastor no cumplía con la *Orden Administrativa* del proyecto para la pre-reinserción a la libre comunidad.

Por los fundamentos expuestos a continuación, **DESESTIMAMOS** el recurso por falta de jurisdicción por académico.

### I.

El pasado 25 de abril de 2024, el señor Pastor presentó un recurso de *Revisión Administrativa* (KLRA202400214) ante este Foro, mediante el cual realizó

el mismo señalamiento que en el recurso ante nuestra consideración.

El 26 de junio de 2024, esta Foro emitió y notificó una *Sentencia*, mediante la cual confirmó la determinación recurrida. Así pues, fue atendida la controversia planteada por el recurrente, por lo que, solo nos resta declararnos sin jurisdicción para atender la acción de epígrafe.

**II.**

Por las razones antes expresadas, **DESESTIMAMOS** el presente recurso por falta de jurisdicción por académico.

Lo pronunció y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones